[No. 16688-1-III.    Division Three.    February 9, 1999.]

MICHAEL COE, *Plaintiff*, JIM DANIELSON, *as Personal Representative, Appellant*, v. STEVEN N. REINKE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-2-00166-6, John E. Bridges, J., entered May 13, 1997. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16923-5-III.    Division Three.    February 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHEYENNE TROY BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00356-4, Kathleen M. O'Connor, J., entered September 2, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17030-6-III.    Division Three.    February 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY CLARK OILAND, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 97-1-00093-9, Richard W. Miller, J., entered October 1, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

[No. 16488-8-III.    Division Three.    February 11, 1999.]

THE CITY OF SPOKANE, *Respondent*, v. CRAIG L. TSCHIRLEY, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-00758-8, Larry M. Kristianson, J., entered February 7, 1997. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.